UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

FRED HAYWOOD, )
)
Petitioner, ) Case No. 7:20-cv-055-HRW
)
v. )
) **JUDGMENT**
WARDEN OF USP-BIG SANDY, )
)
Respondent. )

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Fred Haywood's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. No. 1] is **DENIED WITHOUT PREJUDICE**.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 27th day of July, 2020.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge

1